# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELISSA FOOTLICK; ROBIN SIMKINS; ERIN CLARK; TOBY ADAMSON; JAY RUDMAN; AND GRIFFIN CAPRIO,<br><br>Plaintiffs,<br><br>v.<br><br>TOPSTEP LLC; TOPSTEP HOLDINGS LLC; TOPSTEPTRADER LLC; TOPSTEPPEOPLE INC; PATAK HOLDINGS, INC.; and MICHAEL PATAK, *in his individual capacity*,<br><br>Defendants. | Case No. 1:22-cv-06152<br><br>Hon. John Robert Blakey |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, February 1, 2023 at 11:00 am, or as soon as thereafter as counsel may be heard, Defendants shall appear before the Honorable Judge John Robert Blakey, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1203, at 219 South Dearborn Street, Chicago, Illinois, and present their **Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint**, a copy of which is served upon you herewith.

January 25, 2023

Respectfully submitted,

*/s/ Margo Wolf O'Donnell*
Margo Wolf O'Donnell (6225758)
Timothy Frey (6303335)
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606-2211
Telephone: 312.212.4982
Facsimile: 312.767.9192
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing to be served upon all parties by electronic mail and this Court's ECF system, this 25th day of January 2023.

                  */s/ Margo Wolf O'Donnell*