# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELISSA FOOTLICK; ROBIN SIMKINS; ERIN CLARK; TOBY ADAMSON; JAY RUDMAN; AND GRIFFIN CAPRIO,<br><br>Plaintiffs,<br><br>v.<br><br>TOPSTEP LLC; TOPSTEP HOLDINGS LLC; TOPSTEPTRADER LLC; TOPSTEPPEOPLE INC; PATAK HOLDINGS, INC.; and MICHAEL PATAK, *in his individual capacity*,<br><br>Defendants. | Case No. 1:22-cv-06152<br><br>Hon. John Robert Blakey |

## CORPORATE DISCLOSURE STATEMENT AND NOTICE OF AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Northern District of Illinois, Defendants Topstep LLC; Topstep Holdings LLC; TopstepTrader LLC; TopstepPeople Inc.; and Patak Holdings, Inc. (collectively, "Defendants"), hereby make the following disclosures:

1. Defendants are non-governmental corporate parties.

2. No publicly held corporation owns 10% or more of any Defendant's stock.

3. Patak Holdings, Inc. is no longer in existence.

4. TopstepTrader LLC and TopstepPeople Inc. are wholly owned subsidiaries of Topstep LLC.

5. Topstep LLC is a subsidiary of Topstep Holdings LLC, and is jointly owned by Topstep Holdings LLC and other Class B Unit Holders. None of the Class B Unit Holders own greater than 5% of Topstep LLC.

      6.      Topstep Holdings LLC is jointly owned by FMC Holdings LLC and Michael Patak (as an individual).

      7.      FMC Holdings LLC is a wholly owned subsidiary of FMC Irrevocable Trust.

March 20, 2023

Respectfully submitted,

*/s/ Margo Wolf O'Donnell*
Margo Wolf O'Donnell (6225758)
Timothy Frey (6303335)
Hannah M. Stowe (6323578)
P. Alexander Ehler (6341583)
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606-2211
Telephone: 312.212.4982

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing to be served upon all parties by electronic mail and this Court's ECF system, this 20th day of March 2023.

                                                    */s/ Margo Wolf O'Donnell*