# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELISSA FOOTLICK; ROBIN SIMKINS; ERIN CLARK; TOBY ADAMSON; JAY RUDMAN; AND GRIFFIN CAPRIO,<br><br>Plaintiffs,<br><br>v.<br><br>TOPSTEP LLC; TOPSTEP HOLDINGS LLC; TOPSTEPTRADER LLC; TOPSTEPPEOPLE INC; PATAK HOLDINGS, INC.; and MICHAEL PATAK, *in his individual capacity*,<br><br>Defendants. | Case No. 1:22-cv-06152<br><br>Hon. John Robert Blakey |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, May 24, 2023 at 11:00 am, or as soon as thereafter as counsel may be heard, Defendants shall appear before the Honorable Judge John Robert Blakey, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1203, at 219 South Dearborn Street, Chicago, Illinois, and present their **Joint Motion for Protective Order**, a copy of which is served upon you herewith.

May 15, 2023

Respectfully submitted,

/s/ *Timothy Frey*
Margo Wolf O'Donnell (6225758)
Timothy Frey (6303335)
Hannah M. Stowe (6323578)
P. Alexander Ehler (6341583)
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606-2211
Telephone: 312.212.4982
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing to be served upon all parties by this Court's ECF system, this 15th day of May, 2023.

                 */s/ Hannah M. Stowe*