## WRITTEN CONSENT OF THE SOLE MANAGER

## OF

## TOPSTEPTRADER, LLC

The undersigned, being the sole Manager of TopstepTrader, LLC, an Illinois limited liability company (the "Company"), hereby takes the following actions pursuant to the Amended and Restated Limited Liability Company Operating Agreement of the Company dated October 1, 2016, as amended by that certain First Amendment to Amended and Restated Limited Liability Company Operating Agreement of the Company dated January 1, 2017 (the "Operating Agreement") and the Illinois Limited Liability Company Act, as amended:

**WHEREAS,** Pursuant to Section 6.09 of the Operating Agreement the manager of the Company may direct certain officers from time to time.

**WHEREAS,** Pursuant to Section 6.09(a), the sole Manager of the Company deems it to be advisable and in the best interests of the Company to remove Michael Patak as CEO of the Company and appoint Jay Rudman to serve as CEO of the Company.

**WHEREAS,** Pursuant to Section 6.09(c), the sole Manager of the Company deems it to be advisable and in the best interests of the Company to appoint Michael Patak as CVO of the Company.

**NOW THEREFORE, BE IT RESOLVED:** Michel Patak is hereby removed as CEO and appointed as CVO of the Company

**FURTHER RESOLVED:** Jay Rudman is appointed CEO of the Company.

**FURTHER RESOLVED:** That all acts and deeds heretofore done or actions taken by the sole Manager or any officer or agent of the Company for and on behalf of the Company in entering into, executing, acknowledging or attesting any arrangements, agreements, instruments of documents in carrying out the terms and intentions of the forgoing resolutions are hereby ratified, approved and confirmed.

### SIGNATURE PAGE TO FOLLOW

{00092428}

The actions taken by this Consent shall have the same force and effect as if taken at a Meeting of the sole Manager of the Company, duly called and constituted pursuant to the Operating Agreement and the Illinois Limited Liability Company Act, as amended.

Effective March 7, 2017

                                        Patak Holdings, Inc., an Illinois Corporation, being the sole manager of the Company

                                        By: _____
                                        Name: Michael Patak
                                        Its: President

{00092428}