UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MELISSA FOOTLICK; ERIN CLARK; TOBY
ADAMSON; JAY RUDMAN; AND GRIFFIN
CAPRIO,

                Plaintiffs,

      v.

TOPSTEP LLC; TOPSTEP HOLDINGS LLC,
TOPSTEPTRADER LLC, TOPSTEPPEOPLE
INC., PATAK HOLDINGS, INC.; and
MICHAEL PATAK, *in his individual capacity*,

                Defendants.

---

MICHAEL PATAK, *in his individual capacity*;
PATAK HOLDINGS, INC.

                Cross-Claim Plaintiffs,

      v.

JAY RUDMAN

                Cross-Claim Defendant.

---

TOPSTEP LLC; TOPSTEP HOLDINGS LLC,
TOPSTEPTRADER LLC, TOPSTEPPEOPLE
INC.,

                Counterclaim Plaintiffs,

      v.

MELISSA FOOTLICK; ERIN CLARK; TOBY
ADAMSON; JAY RUDMAN,

                Counterclaim Defendants.

Case No. 1:22-cv-06152

Judge Georgia N. Alexakis
Magistrate Judge M. David Weisman

**DEFENDANTS' MOTION FOR WITHDRAWAL OF APPEARANCE OF ATTORNEY
DANIELLE MALDONADO**

NOW COME Defendants Topstep LLC, Topstep Holdings LLC, TopstepTrader LLC, TopstepPeople Inc, Patak Holdings, Inc., and Michael Patak (collectively, "Defendants"), by and through their undersigned counsel, and respectfully request leave to withdraw the appearance of Attorney Danielle Maldonado under the provisions of this Court's Local Rule 83.17. In support of their motion, Defendants state as follows:

1.     Attorney Maldonado has given notice of her resignation from Benesch Friedlander, Coplan, and Aronoff LLP ("Benesch") to continue her practice elsewhere.

2.     Defendants received due written notice of Attorney Maldonado's resignation from Benesch and the withdrawal of Attorney Maldonado prior to submitting this request to the Court, and Defendants consent to the withdrawal.

3.     Defendants will continue to be represented by very capable counsel from Benesch, Margo Wolf O'Donnell, Timothy Frey and Denis Yavorskiy.

4.     No deadlines scheduled by the Court will be adversely affected by this withdrawal and neither party will be prejudiced by the withdrawal.

WHEREFORE, for good cause shown, Defendants hereby respectfully request that an Order be entered granting withdrawal of Attorney Maldonado.

Dated: April 4, 2025

Respectfully submitted,

/s/ *Timothy Frey*
Timothy Frey (6303335)
Margo Wolf O'Donnell (6225758)
Denis Yavorskiy (6324880)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606 2211
Telephone: 312.212.4982
Facsimile: 312.767.9192

*Attorneys for Defendants/Counter-Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing to be served upon all parties by electronic mail and this Court's ECF system, this 4th day of April 2025.


*/s/  Timothy Frey*
Timothy Frey