UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELISSA FOOTLICK; ERIN CLARK; TOBY ADAMSON; JAY RUDMAN; AND GRIFFIN CAPRIO,<br><br>            Plaintiffs,<br>   v.<br><br>TOPSTEP LLC; TOPSTEP HOLDINGS LLC, TOPSTEPTRADER LLC, TOPSTEPPEOPLE INC., PATAK HOLDINGS, INC.; and MICHAEL PATAK, *in his individual capacity*,<br><br>            Defendants. | Case No. 1:22-cv-06152<br><br>Judge Georgia N. Alexakis<br>Magistrate Judge M. David Weisman |
| MICHAEL PATAK, *in his individual capacity*; PATAK HOLDINGS, INC.<br><br>            Cross-Claim Plaintiffs,<br>   v.<br><br>JAY RUDMAN<br><br>            Cross-Claim Defendant. | |
| TOPSTEP LLC; TOPSTEP HOLDINGS LLC, TOPSTEPTRADER LLC, TOPSTEPPEOPLE INC.,<br><br>            Counterclaim Plaintiffs,<br>   v.<br><br>MELISSA FOOTLICK; ERIN CLARK; TOBY ADAMSON; JAY RUDMAN,<br><br>            Counterclaim Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on April 10, 2025, at 9:30 am, or as soon as thereafter as counsel may be heard, Defendants shall appear before the Honorable Judge Georgia N. Alexakis, or any judge sitting in her stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1719, at 219 South Dearborn Street, Chicago, Illinois, and present their Motion for Withdrawal of Appearance of Attorney Danielle Maldonado, a copy of which is served upon you herewith.

Respectfully submitted,
*/s/ Timothy Frey*
Timothy Frey (6303335)
Margo Wolf O'Donnell (6225758)
Denis Yavorskiy (6324880)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606 2211
Telephone: 312.212.4982
Facsimile: 312.767.9192

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing to be served upon all parties by electronic mail and this Court's ECF system, this 4th day of April 2025.


                                                                    */s/ Timothy Frey*
                                                                    Timothy Frey