IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELISSA FOOTLICK; ERIN CLARK; TOBY ADAMSON; JAY RUDMAN; AND GRIFFIN CAPRIO, <br><br> Plaintiffs, <br><br> v. <br><br> TOPSTEP LLC; TOPSTEP HOLDINGS LLC, TOPSTEPTRADER LLC, TOPSTEPPEOPLE INC., PATAK HOLDINGS, INC.; and MICHAEL PATAK, in is individual capacity, <br><br> Defendants. <br><br> MICHAEL PATAK, in his individual capacity; PATAK HOLDINGS, INC.; TOPSTEP LLC; TOPSTEP HOLDINGS LLC; and TOPSTEPTRADER LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> TOBY ADAMSON and JAY RUDMAN <br><br> Counterclaim Defendants. | Case No. 1:22-cv-06152 <br><br> Judge Georgia N. Alexakis <br> Magistrate Judge M. David Weisman |

**NOTICE OF PRESENTMENT**

PLEASE TAKE NOTICE that on Wednesday, May 14, 2025 at 9:15 a.m., or as soon thereafter as counsel may be heard, undersigned counsel shall appear before the Honorable Magistrate Judge M. David Weisman, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1300, at 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Motion to Compel, a copy of which is served upon you herewith.

Dated: May 9, 2025 By: */s/: Gillian G. Lindsay*
                                                                                                                                                    Attorney for Plaintiffs

Gillian G. Lindsay
GLindsay@taftlaw.com
Michael Mayerck
MMayerck@taftlaw.com

TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive Suite 2600
Chicago, IL 60601-4208
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on May 9, 2025, a true and accurate copy of the foregoing, *Notice of Presentment* was filed via ECF, which effectuated service on all counsel of record.

                                            */s/: Gillian G. Lindsay*
                                            Attorney for Plaintiffs